AO 10
Rev. 1/2010

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2009

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)<br><br>JONES II, C. DARNELL | 2. Court or Organization<br><br>Pennsylvania, Eastern District | 3. Date of Report<br><br>05/09/2010 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>District Judge - Active | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2009<br>to<br>12/31/2009 |
| 7. Chambers or Office Address<br><br>United States Court House<br>601 Market Street<br>Room 5613<br>Philadelphia, PA 19106 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ _____ _____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Adjunct Professor of Law (salaried) | The University of Pennsylvania Law School |
| 2. Law School Advisory Board member (no compensation) | Drexel University Earle Mack School of Law |
| 3. Advisory Board member (no compensation) | Salvation Army |
| 4. Advisory Board member (no compensation) | New Directions For Women |
| 5. Advisory Board member (no compensation) | Journey Toward Home, Inc. |
| 6. Advisory Board member (no compensation) | Judicial Education Program, Northwestern Univ. School of Law |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1987 | COMMONWEALTH OF PENNSYLVANIA STATE EMPLOYEES RETIREMENT SYSTEM-PENSION UPON DEPARTURE FROM CURRENT STATE TRIAL JUDGE POSITION |
| 2. | |
| 3. | |

2010 MAY 18 A 9:40 RECEIVED

Jones II, C. Darnell

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 05/09/2010 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2009 | Commonwealth of Pennsylvania State Employee Retirement System-State Judicial Pension | $84.254.97 |
| 2. 2008-04/09 | Trustees of the University of Pennsylvania-Adjunct Law Professor | $10,000.00 |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2009 | Defender Association of Philadelphia, Salary |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | American Bar Association | April 15-19, 2009 | Vancouver, BC | Business Section Spring Meeting-Presenter/Business Court Representative-Judicial | Travel, food and lodging |
| 2. | American Bar Association | July 30-Aug. 03, 2009 | Chicago, IL | Annual Meeting-Business Court Representative-Judicial | Travel, food and lodging |
| 3. | Justice for All Conference-Southern Methodist Univ-Dedman School of Law | April 6-8, 2009 | Dallas, TX | Fall Meeting-Judicial | Travel, food and lodging |
| 4. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 05/09/2010 |

5.

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 05/09/2010 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Sallie-Mae | College loans | M |
| 2. Philadelphia Federal Credit Union | Personal Loan | J |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 05/09/2010 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 1. US Treasury Bond | A | Interest | J | T | | | | | |
| 2. CITIZENS BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 3. PNC BANK ACCOUNT | A | Interest | J | T | | | | | |
| 4. ROGERS COUNTY BANK | A | Interest | J | T | | | | | |
| 5. FIRST TRUST BANK ACCOUNTS | A | Interest | J | T | | | | | |
| 6. AMERICAN HERITAGE CREDIT UNION | A | Interest | J | T | | | | | |
| 7. PHILADELPHIA FEDERAL CREDIT UNION | A | Interest | J | T | | | | | |
| 8. Comm. of Pa. State Employees' Retirement System | | None | P1 | T | | | | | |
| 9. Alliance Benefit Group Mid Atlantic, LLC | | None | K | T | | | | | |
| 10. EXXON MOBIL | A | Dividend | J | T | | | | | |
| 11. JOHN HANCOCK LIFE INSURANCE CO. ANNUITY (ANNUITY) | C | Int./Div. | K | T | | | | | |
| 12. NEW YORK LIFE INSURANCE AND ANNUITY CORP.(ANNUITY) | A | Int./Div. | K | T | | | | | |
| 13. | | | | | | | | | |
| 14. | | | | | | | | | |
| 15. | | | | | | | | | |
| 16. | | | | | | | | | |
| 17. | | | | | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| JONES II, C. DARNELL | 05/09/2010 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature  _____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIE_____T TO CIVIL
AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544